E-FILED
Friday, 10 December, 2021  03:39:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-30067-02 |
| | ) | |
| SHAWNTELLE LYNN, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO MODIFY
CONDITIONS OF PRETRIAL RELEASE**

Now Comes Defendant, SHAWNTELLE LYNN, by and through her

attorney D. Peter Wise, of Gates, Wise Schlosser & Goebel, and moves

to modify the conditions of her pretrial release stating as follows:

1.     On November 15, 2021, this Honorable Court entered an

order setting conditions of pretrial release for Shawntelle Lynn.

2.     Paragraph 7(p)(ii) orders that Shawntelle Lynn is restricted

to her residence at all times except for employment; education;

religious services; medical, substance abuse, or mental health

treatment; attorney visits; court appearances; court-ordered

obligations; or other activities approved in advance by the pretrial

services office or supervising officer.

3.      Shawntelle Lynn seeks a modification of Paragraph 7(p)(ii) that would allow her to attend a gymnastics tournament for her daughter, B.M, a minor.  The event will be held at Shirk Center at Illinois Wesleyan University.

4.      Shawntelle requests that this Honorable Court allow her to attend the gymnastics tournament on Sunday, December 12, 2021 from 6:15 AM to 6:15 PM.

5.      United States Probation Officer, Michelle Cyrus has no objection to Shawntelle Lynn's request to modify the conditions of her pretrial release to allow her to attend this gymnastic's tournament.

6.      Assistant United States Attorney, Greg Gilmore has no objection to Shawntelle Lynn's request to modify the conditions of her pretrial release to allow her to attend her minor daughter's gymnastic tournament.

Wherefore, SHAWNTELLE LYNN prays that this Court enter an order allowing her to attend her minor daughter's gymnastic tournament at Shirk Center at Illinois Wesleyan University, on

Sunday, December 12, 2021, from 6:15 AM to 6:15 PM.

          Respectfully submitted,
          Shawntelle Lynn - Defendant

          **s/ D. Peter Wise**

D. Peter Wise, Bar Number: 6187876
Gates, Wise, Schlosser & Goebel
1231 South Eighth Street
Springfield, IL. 62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  peter@gwspc.com

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 10, 2021, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Tanner Jacobs
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701
Tanner.jacobs@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**<u>s/ D. Peter Wise</u>**
D. Peter Wise, Bar Number: 6187876
Gates, Wise, Schlosser & Goebel
1231 South Eighth Street
Springfield, IL. 62703
Telephone:  217/522-9010
Fax: 217/522-9020
E-Mail:  peter@gwspc.com